IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHELIA RUSSELL,           )<br>                          )<br>    *Plaintiff*,           )<br>                          )<br>v.                        )<br>                          )<br>STATE OF ALABAMA, et al., )<br>                          )<br>    *Defendants*.          ) | **CIVIL ACTION NO.:**<br>**07 cv 572-MHT** |

_____

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on July 16, 2007, by telephone and was attended by:

    A.  Appearing on behalf of Plaintiff:

        Russell W. Adams, Esq.
        WIGGINS CHILDS QUINN & PANTAZIS, P.C.
        The Kress Building
        301 19th Street North
        Birmingham, AL  35203-3204
        (205) 314-0500

    B.  Appearing on behalf of Defendants:

        State of Alabama, Governor Fob James and State Personnel Department:
            Alice Ann Byrne, Esq.
            STATE PERSONNEL DEPARTMENT
            LEGAL DIVISION
            Folsom Administrative Bldg.~Suite 316
            64 North Union Street
            Montgomery, Alabama 36130
            (334) 242-3451

    Department of Mental Health & Mental Retardation:
     Warren B. Lightfoot, Jr., Esq.
     John B. Holmes, III, Esq.
     Abigail H. Avery, Esq.
     MAYNARD COOPER & GALE, PC
     1901 Sixth Avenue North
     2400 AmSouth/Harbert Plaza
     Birmingham, AL  35203-2618
     (205) 254-1000

2. **Initial Disclosures.** The parties will exchange by **August 15, 2007**. the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:  The Plaintiff's allegations and the Defendant's defenses.

All discovery shall be commenced in time to be completed by **February 8, 2008**.

**Interrogatories:** Maximum of 25 Interrogatories by each party, including sub-parts, with responses due with 30 days after service.

**Requests for Production:** Maximum of 50 Requests for Production by each party, including sub-parts, with responses due within 30 days after service.

**Requests for Admissions:** Maximum of 15 Requests for Admission by each party to any other party, with responses due 30 days after service.

**Depositions:** Maximum of ten depositions by the Plaintiff and ten by the Defendant. Each deposition limited to a maximum of seven hours unless extended by agreement of parties.

**Expert Witnesses:** The parties shall comply with the following deadlines in regard to experts under Rule 26(a)(2):

    Plaintiff's experts and expert reports will be disclosed by **October 1, 2007.**
    Defendant's experts and expert reports will be disclosed by **November 1, 2007.**

**Supplementations:** Supplementations under Rule 26(e) due within 30 days of learning of the need to supplement, but, in no event, less than 30 days before the close of discovery.

4. **Other Items.**

    A. The Plaintiff shall have until **September 17, 2007**, to join any additional parties and to amend the pleadings.

    B. The Defendant shall have until **October 17, 2007**, to join any additional parties and to amend the pleadings.

    C. The parties do not request a conference with the Court before entry of the Scheduling Order.

    D. The parties request a pretrial conference 30 days after a ruling on dispositive motions or 30 days after the deadline for filing dispositive motions, whichever is later.

    E. All potentially dispositive motions must be filed by **November 23, 2007.**

    F. Settlement cannot be evaluated before the completion of discovery.

    G. Final lists of trial witnesses and exhibits under Rule 26(a)(3) should be due from the Plaintiff 30 days prior to trial and from the Defendant 30 days prior to trial.

    H. Parties should have ten days after service of final lists of witnesses and exhibits to list objections under Rule(a)(3).

    I. The case should be ready for trial by **March 31, 2008**. Trial is expected to last two days.

Respectfully submitted this 16th day of July, 2007.

                                              __/s/ Russell W. Adams__
                                              RUSSELL W. ADAMS (ASB 3760-A62R)
                                              Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204
(205) 314-0500

                                        __/s/ Alice Ann Byrne_____
                                        ALICE ANN BYRNE (BYR 015)
                                        Attorney for Defendants
                                        State of Alabama, Governor Fob James,
                                        and State Personnel Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.~Suite 316
Montgomery, AL  36130
(334) 242-3451

                                        __/s/ Warren B. Lightfoot, Jr._____
                                        WARREN B. LIGHTFOOT, JR. (LIG 003)
                                         JOHN B. HOLMES, III (HOL 115)
                                        ABIGAIL H. AVERY (AVE 014)
                                        Attorney for Defendant
                                        Department of Mental Health and
                                        Mental Retardation

Address of Counsel :
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203-2618
(205) 254-1000