IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHEILA RUSSELL, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CIVIL ACTION NO.:** |
| v. | ) | **07 cv 572-MHT** |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

**JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 5], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

**A.   Defendants remaining in the case:**

1. Department of Mental Health and Mental Retardation

2. John Houston, Commissioner of Department of Mental Health and Mental Retardation

3. State Personnel Department

4. Jackie Graham, Director of the State Personnel Department

**B.   Attorneys in the case:**

1. Russell W. Adams

2. Rocco Calamusa, Jr.

3. Warren B. Lightfoot, Jr.

4. John B. Holmes III

5. Abigail H. Avery

6. Courtney W. Tarver

7. Tamara R. Pharrams

8. Alice Ann Byrne

**C.     Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Sheila Russell | Russell W. Adams |
|  | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| Department of Mental Health & Mental Retardation | Warren B. Lightfoot, Jr. |
|  | John B. Holmes III |
|  | Abigail H. Avery |
|  | Courtney W. Tarver |
|  | Tamara R. Pharrams |
| John Houston, Commissioner | Warren B. Lightfoot, Jr. |
|  | John B. Holmes III |
|  | Abigail H. Avery |
|  | Courtney W. Tarver |
|  | Tamara R. Pharrams |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 30th day of July, 2007.

2

        /s/ Russell W. Adams
RUSSELL W. ADAMS (ASB 3760-A62R)
Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204
(205) 314-0500

  /s/ Alice Ann Byrne
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Fob James,
State Personnel Department, and Jackie Graham,
Director of State Personnel Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.~Suite 316
Montgomery, AL  36130
(334) 242-3451

  /s/ Warren B. Lightfoot, Jr.
WARREN B. LIGHTFOOT, JR. (LIG 003)
JOHN B. HOLMES, III (HOL 115)
ABIGAIL H. AVERY (AVE 014)
Attorney for Defendants
Department of Mental Health
and Mental Retardation,
and John Houston, Commissioner

Address of Counsel :
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203-2618
(205) 254-1000

  /s/   Courtney W. Tarver
COURTNEY W. TARVER (TAR 009)
TAMARA R. PHARRAMS (TAR 002)
Attorneys for Defendants
Department of Mental Health
and Mental Retardation and
John Houston, Commissioner

Address of Counsel:
DEPARTMENT OF MENTAL HEALTH
AND MENTAL RETARDATION
P. O. Box 301410
Montgomery, AL 36130-1410
(334) 242-3038