# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SHEILA RUSSELL, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 2:07-CV-572-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## CONFLICT DISCLOSURE STATEMENT

Defendants Department of Mental Health and Mental Retardation, and John Houston, Commissioner, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1.   Defendant Department of Mental Health and Mental Retardation is a governmental entity.

2.   Defendant John Houston is an individual, named in his official capacity as Commissioner of Department of Mental Health and Mental Retardation.

1

          Respectfully submitted,

          /s/ Abigail H. Avery
          Warren B. Lightfoot, Jr.
          John B. Holmes, III
          Abigail H. Avery
          Attorneys for the Defendants
          Department of Mental Health
            and Mental Retardation, and
          John Houston, Commissioner

**OF COUNSEL**:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203-4604
Telephone:  (205) 254-1000
Facsimile:   (205) 254-1999
Email:        wlightfoot@maynardcooper.com
                jholmes@maynardcooper.com
                aavery@maynardcooper.com

Courtney W. Tarver
Tamara R. Pharrams
DEPARTMENT OF MENTAL HEALTH
  AND MENTAL RETARDATION
P. O. Box 301410
Montgomery, AL  36130-1410
Telephone: (334) 242-3038

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:

>   Russell W. Adams, Esq.
>   Rocco Calamusa, Jr., Esq.
>   WIGGINS CHILDS QUINN & PANTAZIS, P.C.
>   The Kress Building
>   301 19th Street North
>   Birmingham, AL  35203-3204

For Defendants State Personnel Department, State Personnel Board, and Jackie Graham, Director of State Personnel Board:

>   Alice Ann Byrne, Esq.
>   STATE PERSONNEL DEPARTMENT
>   Folsom Administrative Building
>   64 North Union Street ~ Suite 316
>   Montgomery, AL  36130

>                                  /s/ Abigail H. Avery
>                                  Of Counsel