IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEILA RUSSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION No:2:07cv572-MHT |
| | ) |
| STATE OF ALABAMA | ) |
| DEPARTMENT OF MENTAL HEALTH | ) |
| and MENTAL RETARDATION and its | ) |
| Commissioner, JOHN HOUSTON; | ) |
| STATE OF ALABAMA PERSONNEL | ) |
| DEPARTMENT and its Director, | ) |
| JACKIE GRAHAM, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

The Plaintiff, pursuant to Rule 41(a)(1)(i), *Fed.R.Civ.P.*, hereby gives notice of the dismissal, without prejudice, of the above-styled action.

Respectfully submitted,

/s/ Joseph H. Calvin III

Joseph H. Calvin III
Counsel for the Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

42908.wpd

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

                                  /s/ Joseph H. Calvin III
                                  Of Counsel